IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60085
Summary Calendar
_____

JORGE MARIO ESTRADA-HURTADO,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A74-558-362
- - - - - - - - - -

October 22, 1999

Before KING, Chief Judge, and JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Jorge Mario Estrada-Hurtado petitions for review of the decision of the Board of Immigration Appeals dismissing his appeal from the immigration judge's decision to deny his application for asylum and for a withholding of deportation. He argues that the Board erred by determining that he did not have a well-founded fear of future persecution in Colombia because of his union membership. We have reviewed the record and the briefs and determine that the Board's decision is supported by

---

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

substantial evidence.  <u>See</u> <u>Carbajal-Gonzalez v. INS</u>, 78 F.3d 194, 197 (5th Cir. 1996).  The petition for review is DENIED.